IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JACKSON,

   Plaintiff,      No. CIV S-09-2911 DAD P

  vs.

JOHN W. HAVILAND, et al.,

   Defendants.   ORDER

_____/

   On September 22, 2011, defendant Herrera filed a motion for summary judgment, or in the alternative, a motion for summary adjudication of issues.  Plaintiff has not filed an opposition to the motion.

   Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On September 9, 2010, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

   Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  In the court's September 9, 2010 order, plaintiff was advised

1

1  that failure to comply with the Local Rules may result in a recommendation that the action be

2  dismissed.

3              Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

4  date of this order, plaintiff shall file an opposition, if any, to the motion for summary

5  judgment/motion for summary adjudication of the issues.  Failure to file an opposition will be

6  deemed as a statement of non-opposition and shall result in a recommendation that this action be

7  dismissed pursuant Federal Rule of Civil Procedure 41(b).

8  DATED: November 2, 2011.

9

10                                 DALE A. DROZD

11                                 UNITED STATES MAGISTRATE JUDGE

12  DAD:4

    jack2911.noop

13

14

15

16

17

18

19

20

21

22

23

24

25

26