1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MICHAEL JACKSON,

11              Plaintiff,                    No. 2:09-cv-2911-DAD P

12        vs.

13    JOHN W. HAVILAND, et al.,

14              Defendants.              ORDER

15    _____/

16           A recent court order was served on plaintiff's address of record and returned by

17    the U.S. Postal Service as undeliverable.[1]  On August 15, 2012, counsel for defendant Herrera

18    advising the court that he believes plaintiff's current address is 2421 Lowell Street, Apt. C,

19    Richmond, CA 94804, based on a voice mail message his office received from plaintiff on June

20    19, 2012.  Counsel's office sent plaintiff a copy of the court's order filed on August 3, 2012.

21           It appears that plaintiff has failed to comply with Local Rule 183(b), which

22    requires that a party appearing in propria persona inform the court of any address change.  The

23    _____

24           [1] That order advised plaintiff once again of the requirements for opposing a motion for
      summary judgment brought pursuant to Fed. R. Civ. P. 56, such as that pending before the court
25    on behalf of defendant Herrera.  See Woods v. Carey, 684 F.3d 934, 938-40 (9th Cir. 2012);
      Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en banc); Klingele v. Eikenberry, 849 F.2d
26    409 (9th Cir. 1988).

1    court will direct the Clerk of the Court to serve this order on plaintiff at his address of record, as

2    well as, the Richmond address set forth above and to provide plaintiff with a copy of the court's

3    August 3, 2012 order.  The court will also order plaintiff to file his supplemental opposition, if

4    any, to defendant Herrera's pending motion for summary judgment or a statement that no

5    supplemental opposition will be filed, as well as a notice of change of address.

6                    Accordingly, IT IS HEREBY ORDERED that:

7                    1. Within seven days from the service of this order, plaintiff shall file his notice

8    of change of address;

9                    2. Within seven days from the service of this order, plaintiff shall serve and file

10   his supplemental opposition to defendant Herrera's motion for summary judgment, or a statement

11   that no supplemental opposition will be filed; defendant's supplemental reply, if any, shall be

12   filed within seven days after service of plaintiff's supplemental opposition;

13                   3. The Clerk of the Court is directed to serve a copy of this order and the court's

14   August 3, 2012 order on plaintiff's address of record and also on plaintiff at 2421 Lowell Street,

15   Apt. C, Richmond, CA 94804; and

16                   4. Plaintiff's failure to comply with this order will result in the dismissal of this

17   action.

18   DATED: August 22, 2012.

19

20   _____

21   DAD: 4                    DALE A. DROZD
     jack2911.fca              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26